**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS COURTHOUSE**

| | |
|---|---|
| Jesse Sheiner, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>Supervalu Inc.,<br><br>Defendant | 7:22-cv-10262-NSR<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF JESSE SHEINER AND CLASS ACTION CLAIMS** |

Plaintiff Jesse Sheiner, by and through his counsel, and Defendant Supervalu Inc. ("Supervalu"), by and through its counsel, having filed their Stipulation For Dismissal With Prejudice of Plaintiff Jesse Sheiner and Class Action Claims, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that the claims of Plaintiff Jesse Sheiner and the class action claims are dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: December 12, 2024
White Plains, New York

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **12/12/2024**